IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN MONTGOMERY,

      Petitioner,                        No. CIV S-08-0381 GEB GGH P

   vs.

D.K. SISTO, et al.,

      Respondents.                    ORDER

_____/

        By Order, filed on March 18, 2008, in addition to directing the further briefing of this petition, the court directed petitioner, a state prisoner proceeding pro se, either to submit the appropriate affidavit to proceed in forma pauperis or to pay the filing fee, within thirty days. See 28 U.S.C.§§ 1914(a), 1915(a). Petitioner has timely paid the $ 5.00 filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his obligation, pursuant to this court's Order, filed on March 18, 2008 (#3), and now proceeds with the filing fee paid.

DATED: 04/09/08

                                                 /s/ Gregory G. Hollows

                                                 GREGORY G. HOLLOWS
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:009 - mont0381.fpd

1